UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 22-22046-CIV-MOORE/LOUIS

**Haydee Valdes**,

    Plaintiff,

vs.

**Kendall Healthcare Group, Ltd.**, a Florida limited partnership, d/b/a "HCA Healthcare", "HCA Florida Kendall Hospital", and/or "Kendall Regional Medical Center",

    Defendant.

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiff Haydee Valdes, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 68(a), hereby provides notice of acceptance and filing of Defendant Kendall Healthcare Group, Ltd.'s Rule 68 Offer of Judgment regarding "Count II" of the Amended Complaint only. A copy of Defendant's Offer of Judgment is attached hereto as **Exhibit 1**.

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF and served on the parties listed in the Service List below in the manner indicated therein.

                                                          ANTHONY F. SANCHEZ, P.A.
                                                          ATTORNEYS FOR PLAINTIFF
                                                          6701 Sunset Drive, Suite 101
                                                          Miami, Florida 33143
                                                          Tel.: 305-665-9211

                                                          By:  /s/ Anthony F. Sanchez
                                                                 Anthony F. Sanchez
                                                                 Florida Bar No.789925
                                                                 afs@laborlawfla.com

## SERVICE LIST

| | |
|---|---|
| Anthony F. Sanchez, Esq.<br>Florida Bar No.: 789925<br>afs@laborlawfla.com<br>faz@laborlawfla.com<br>***Counsel for Plaintiff***<br>ANTHONY F. SANCHEZ, P.A.<br>6701 Sunset Drive, Suite 101<br>Miami, Florida 33143<br>Tel:  305-665-9211 | Jennifer A. Yasko, Esq.<br>Florida Bar No.: 109604<br>jyasko@carltonfields.com<br>kcasazza@carltonfields.com<br>Alexander D. del Russo, Esq.<br>Florida Bar No.: 350273<br>adelrusso@carltonfields.com<br>kcasazza@carltonfields.com<br>***Counsel for Defendant***<br>CARLTON FIELDS, P.A.<br>525 Okeechobee Boulevard, Suite 1200<br>West Palm Beach, Florida 33401<br>Tel:  561-659-7070<br>Fax: 561-659-7368<br>*Via Notice of Electronic Filing* |