UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:22-cv-22046-KMM

HAYDEE VALDES,

                    Plaintiff,

v.

KENDALL HEALTHCARE GROUP, LTD.,
Florida limited partnership, d/b/a/ HCA Healthcare,
HCA Florida Kendall Hospital and/or
Kendall Regional Medical Center

                    Defendant.        /

## **FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, it is hereby ORDERED AND ADJUDGED that the Court's June 7, 2023 Order (ECF No. 106) is VACATED IN PART as to its instruction to the parties to "file a stipulation of dismissal of all claims." IT IS FURTHER ORDERED THAT:

1. Pursuant to the Court's Summary Judgment Order (ECF No. 99), Final Judgment is hereby entered in favor of Defendant as to Counts I, III, IV, V, VI and VII.

2. Pursuant to Plaintiff's acceptance of the Offer of Judgment issued by Defendant as to Count II (ECF No. 105), Final Judgment is hereby entered in favor of Plaintiff as to Count II in the amount of One Hundred Twenty Dollars and zero cents ($120.00).

3. This Court reserves jurisdiction to award reasonable costs and attorney's fees as to Count II.

4. The above-styled cause is hereby DISMISSED WITH PREJUDICE. All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this __9th__ day of August, 2023.

*K. M. Moore*

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record